Name, Address and Telephone Number of Attorney(s)
Dean Francis Pace (Bar Number 31809)
PACE and ROSE, Suite 1400 Century City
2029 Century Park East
Los Angeles, California 90067
Telephone: (310) 277-2900
Email: falseclaimsact@paceandrose.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DEAN FRANCIS PACE | CASE NUMBER |
|---|---|
| Plaintiff(s) | CIVIL ACTION CV 11-2184 CBM(JEMx) |
| v. | |
| BANK OF AMERICA CORPORATION, TRANSUNION CORPORATION, EQUIFAX INC., EXPERIAN INFORMATION SOLUTIONS, INC. | SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |
| Defendant(s). | |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☑ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the
☑ district judge *or* ☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

PACE AND ROSE

Dated: July 11, 2011        By _____
                            Attorney for Plaintiff Dean Francis Pace

Dated: _____      _____
                            Attorney for Plaintiff _____

Dated: _____      _____
                            Attorney for Defendant _____

Dated: _____      _____
                            Attorney for Defendant _____

Dated: _____      _____
                            Attorney for Defendant _____

**NOTE:** The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request. If additional signatures are required, attach an additional page to this request.

ADR-01 (03/07)        SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE